UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-340-BO

| REGINALD CROMARTIE, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| CITY OF FAYETTEVILLE, | ) |  |
| Defendant. | ) |  |

This matter is scheduled for a nonfinal pretrial conference on February 8, 2021, in Greenville. The parties having advised the court there are no disputed issues presently requiring the court's attention, the court GRANTS the parties' motion [DE #66] requesting that the conference be conducted via telephone. The clerk is directed to provide the parties with call-in instructions for the conference.

This 3rd day of February 2021.

_____
KIMBERLY A. SWANK
United States Magistrate Judge